# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2013

145958

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JASON R. CURTISS,
          Plaintiff-Appellee,

v

                                 SC: 145958
                                 COA: 304665

MENARD, INC., and STAR INSURANCE
COMPANY,
          Defendants-Appellants.

                                 WCAC: 07-000272

_____/

      On order of the Court, the application for leave to appeal the September 5, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2013

_____
Clerk

t0320